UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA I.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Acting Commissioner of Social Security,[1]<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cv-1423-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF EAJA FEES**<br><br>**[DKT. NO. 26]** |

Before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920. Dkt. No. 26. The Court **GRANTS** the Joint Motion and, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), awards Plaintiff attorney's fees in the amount of $6,300 subject to the terms of the Joint Motion.

**IT IS SO ORDERED**.

Dated: April 5, 2024

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

---

[1] Martin O'Malley is substituted for Kilolo Kijakazi pursuant to Fed. R. Civ. P. 25(d).